# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2024 JUN 13 A 11: 26
CLERK_____GMJ
SO.___ GA.

Michelle Williams

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Louis Dejoy, Orelene Garcia, Dwayne Gray, Patrick Muise, and Claudette Ballard

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 2:24-cv-26
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michelle Williams |
| Street Address | PO Box 1201 |
| City and County | Jesup, Wayne County |
| State and Zip Code | Georgia, 31598 |
| Telephone Number | (912)-415-1345 |
| E-mail Address | michwilliams1207@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Louis Dejoy
- Job or Title (if known): U.S. Post Master General
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known): louis.dejoy@usps.gov

**Defendant No. 2**
- Name: Orelene Garcia
- Job or Title (if known): Postmaster
- Street Address: 805 Gloucester St.
- City and County: Brunswick, Glynn County
- State and Zip Code: Georgia, 31520
- Telephone Number: (912) 280-1250
- E-mail Address (if known): Orlene.Garcia@usps.gov

**Defendant No. 3**
- Name: Dwayne Gray
- Job or Title (if known): Supervisor of Customer Services
- Street Address: 805 Gloucester St
- City and County: Brunswick, Glynn County
- State and Zip Code: Brunswick, GA 31520
- Telephone Number: (912) 689 4893
- E-mail Address (if known): dwayne.gray@usps.gov

**Defendant No. 4**
- Name: Patrick Muise
- Job or Title (if known): Manager Customer Services
- Street Address:
- City and County: West Palm Beach
- State and Zip Code: Fla
- Telephone Number:
- E-mail Address (if known): Patrick.D.Muise@usps.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

dispute where the United States is a party. Violations of federal laws, disputes between parties from different States, suits by or against the federal government.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Michelle Williams, is a citizen of the State of *(name)* Georgia.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Louis DeJoy, is a citizen of the State of *(name)* North Carolina. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

That is the amount I would of been entitled too receive if my injury was not futhered

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was previously informed that my job has the capacity of creating a job within my limitations according to owcp. I've been home 4 years without being paid or my ~~employee rights~~ being restored.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The post office was my career and main source of income. On 2/2/20 I was injured in a heavy lifting accident located at 807 Gloucester st Bwk, Ga. When I returned to work repetitive lifting caused my injury to worsen over time. I would just like the money that would be due to me if I was still there working.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/11/2024

Signature of Plaintiff: Michelle Williams
Printed Name of Plaintiff: Michelle Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

On 02-02-2020 I was injured at the Brunswick Post office located at 807 Gloucester St. Downtown Brunswick, Ga. A little background of the situation at hand. I had reported to work at 4:00 AM for what we call Amazon Sunday. I had been sorting heavy parcels since that time until right around 9:00 AM I went to lift another parcel out of a birdcage and felt and heard a loud pop in my back. My left leg went numb, and I yelled out to the supervisor that I was hurt. At that time another clerk helped me to a stack of pallets to sit down while the ambulance was called. Upon arrival at the Er I couldn't walk or use the bathroom for over 5 hours. I was told that I had strained my back. A few weeks later I had an appointment to see an Orthopedic Surgeon there, which is where I was informed that I had herniated my discs at my L4-L5, L-5, S1 levels. This is where the problem begins, I was not paid while I was out that time had to be resubmitted this caused me significant financial troubles being as the post office was my main source of income at the time. Upon returning to duty in March St. Simons Island, I was in a light duty position for maybe 2 weeks then I was sent home stating there was no work for me to do. At that time my restrictions were no lifting over 5lbs no prolong standing or walking. I was finally allowed to come back to work in a full-time window position in April of 2020 Brunswick Post Office. I should have still been in a light duty position at this time. I

worked in that position until September 11,2020 Brunswick post office I left work that day because I was injured. This is the date I reinjured myself lifting again and have not been able to work since this time. On 9-14-2020 I was marked Awol and had been ongoing until November of 2020.

Fast forward to October 2,2020 I received an Epidural Injection SGHS Brunswick Ga for the work-related accident that left me disabled everything is documented I was marked Awol because I was unable to drive because of the last incident. I stayed in my bed for months and had to have numerous bouts of physical therapy and other shots to see if what happened could be corrected unfortunately it was nothing that could be done, I had to be retrained on how to walk again , I had to have help with showers, walking and even feeding myself even till today I have a long road to recovery and I've been fighting this on my own all this time. My Supervisors, Managers, and Postmaster was aware and had been informed about what had happened nobody even called to check on me but was marking me Awol instead of putting my codes correctly in OWCP causing me not to be paid and that made me wind up losing my home, my vehicle, my business, and my children because while all this was happening I was in the middle of a 15 year divorce.This caused significant emotional pain and unnecessary suffering. I still do physical therapy and see a Spine

Specialist in Alabama currently and have been since 2023 will be attaching all my doctor notes. I previously opted to do mediation no one from the post office would comply I just want to be heard I'm already hurt. And I don't want to keep adding insult to an already established injury.

**Defendant:**

**Louis Dejoy**

**Postmaster General**

**Southern Area**

**U.S. Postal Service**

**Orlene Garcia**

**Postmaster**

**Brunswick Post office**

**Assigned work outside of driving restrictions as I was assigned to her office in Brunswick at that time and responsible for the Awol charges**

**Dwayne Gray**

**Supervisor of Customer Service**

**Brunswick Post Office**

**Responsible for Awol charges**

**Patrick Muise**

**Manager Customer Services**

**Was at SSI Post office now he resides in West Palm Beach, Fla**

**Assigned work outside of driving restrictions and responsible for Awol Charges**

**Claudette Ballard**

**HRM Manager Injury Comp**

**Gulf Atlantic District**

**Jacksonville Fla**

**Responsible for assigning work outside driving restrictions**

# Duty Status Report

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

16

This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.). Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108.

OMB No. 1215-0103

OWCP File Number (If known)
-062440036

**SIDE A - Supervisor: Complete this side and refer to physician**

1. Employee's Name (Last, first, middle)
   WILLIAMS MICHELE, M.
   Michelle N.

2. Date of Injury (Month, day, yr.): 02/02/2020

3. Social Security No. [redacted]

4. Occupation: Sales & Service Distribution Associate

5. Describe How the Injury Occurred and State Parts of the Body Affected

6. The Employee Works 8 Hours Per Day 5 Days Per Week

7. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or Is Exposed Continuously or Intermittently, and Give Number of Hours. (REVISED 3/07)

**SIDE B - Physician: Complete this side**

8. Does the History of Injury Given to You by the Employee Correspond to that Shown in Item 5.? ☑ Yes ☐ No (If not, describe)

9. Description of Clinical Findings
   Lumbar Disc herniation, ↓ ROM, weak _____ HSLR

10. Diagnosis Due to Injury
    Left _____
    _____

11. Other Disabling Conditions

12. Employee Advised to Resume Work?
    ☑ Yes, Date Advised 11/19/20  ☐ No

13. Employee Able to Perform Regular Work Described on Side A?
    ☐ Yes, If so  ☐ Full-Time  ☐ Part-Time ___ Hrs Per Day
    ☐ No, If not, complete below:

| Activity | Continuous (#lbs) | Intermittent (#lbs) | Hrs Per Day | Continuous (#lbs) | Intermittent (#lbs) | Hrs Per Day |
|---|---|---|---|---|---|---|
| a. Lifting/Carrying State Max Wt. | 0-10 | 20,30 | 8 Hrs Per Day | | 2 lbs | 8 Hrs Per Day |
| b. Sitting | | X | 2 Hrs Per Day | | | 8 Hrs Per Day |
| c. Standing | X | | 8 Hrs Per Day | | | ½ Hrs Per Day |
| d. Walking | | X | 8 Hrs Per Day | | | ½ Hrs Per Day |
| e. Climbing | | N/A | ½ Hrs Per Day | | | 0 Hrs Per Day |
| f. Kneeling | | X | 1 Hrs Per Day | | | 0 Hrs Per Day |
| g. Bending/Stooping | | X | 8 Hrs Per Day | | | 0 Hrs Per Day |
| h. Twisting | | X | 8 Hrs Per Day | | | 0 Hrs Per Day |
| i. Pulling/Pushing | | X | 8 Hrs Per Day | | | 0 Hrs Per Day |
| j. Simple Grasping | X | | 8 Hrs Per Day | | 2 lbs | Hrs Per Day |
| k. Fine Manipulation (includes keyboarding) | | X | 8 Hrs Per Day | | | 8 Hrs Per Day |
| l. Reaching above Shoulder | | X | 8 Hrs Per Day | | | 0 Hrs Per Day |
| m. Driving a Vehicle (Specify) | | N/A | 0 Hrs Per Day | | | 1 Hrs Per Day |
| n. Operating Machinery (Specify) | | N/A | 0 Hrs Per Day | | | 0 Hrs Per Day |
| o. Temp. Extremes | Within OSHA Standards | | Range in degrees F | | | Hrs Per Day |
| p. High Humidity | Within OSHA Standards | | Hrs Per Day | | | Hrs Per Day |
| q. Chemicals, solvents, etc. (Identify) | Within OSHA Standards | | Hrs Per Day | N/A | | Hrs Per Day |
| r. Fumes/Dust (Identify) | Within OSHA Standards | | Hrs Per Day | | | Hrs Per Day |
| s. Noise (Give dBA) | Within OSHA Standards | | Hrs Per Day | | | Hrs Per Day |

t. Other (describe)
Sorting/Case Mail-Intermittently up to 8 hours per day.

Can employee perform? Yes ___ No ✓ How long? ___ Hrs

Is the employee at bed rest? Yes ___ No ✓

Limited Duty is available if the employee is not at bed rest or restricted to home. Otherwise, please list the employee's limitations. We work 24 hours a day, 7 days a week.

14. Are Interpersonal Relations Affected Because of a Neuropsychiatric Condition? (e.g. Ability to Give or Take Supervision, Meet Deadlines, (etc.) ☐ Yes ☑ No (Describe)

15. Date of Examination 11/19/20

16. Date of Next Appointment ___ MRI

17. Specialty PM&R

18. Tax Identification Number

19. Physician's Signature K. Maurh MD

20. Date 11/19/20

Form CA-17
Rev. July 1991

00188

Affidavit D
8 of 15

## Muise, Patrick D - Saint Simons Island, GA

| | |
|---|---|
| **From:** | Muise, Patrick D - Saint Simons Island, GA |
| **Sent:** | Tuesday, November 17, 2020 1:55 PM |
| **To:** | Crawford, LaSandra D - Jacksonville, FL |
| **Subject:** | FW: MICHELLE WILLIAMS |

Correct me if I am wrong... this would be AWOL? She didn't contact me and no eRMS call outs.

Patrick D Muise
Manager Customer Services
Saint Simons Island
W 912-268-6181
C 912-996-5306

---

**From:** Garcia, Orlene - Brunswick, GA
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>
**Subject:** FW: MICHELLE WILLIAMS

---

**From:** Ballard, Claudette M
**Sent:** Tuesday, November 17, 2020 1:02 PM
**To:** Garcia, Orlene - Brunswick, GA <Orlene.Garcia@usps.gov>
**Subject:** RE: MICHELLE WILLIAMS

If she didn't show up, that should be charged to her own personal leave.

Thanks,

*Claudette Ballard*

HRM Manager
Gulf Atlantic District
P 904-359-2849
F 904-366-4842

00189

1

Link to ECOMP https://www.ecomp.dol.gov
Link to OWCP forms http://www.dol.gov/owcp/dfec/regs/compliance/forms.htm

---

**From:** Garcia, Orlene - Brunswick, GA
**Sent:** Tuesday, November 17, 2020 12:52 PM
**To:** Ballard, Claudette M <Claudette.M.Ballard@usps.gov>; Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>
**Cc:** Knight, Tanya A - Tampa, FL <Tanya.A.Knight@usps.gov>
**Subject:** RE: MICHELLE WILLIAMS

d he explain she was a no show ? After she told him she would be here .

---

**From:** Ballard, Claudette M
**Sent:** Tuesday, November 17, 2020 12:33 PM
**To:** Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>; Garcia, Orlene - Brunswick, GA <Orlene.Garcia@usps.gov>
**Cc:** Knight, Tanya A - Tampa, FL <Tanya.A.Knight@usps.gov>
**Subject:** MICHELLE WILLIAMS

Patrick,
I changed selling stamps from 6- 8 hours that way it shows that her time on the window may vary when she is doing the other duties (answering the phone, box applications) If you disagree please let me know. I also added the location and you had Sedentary spelled wrong. Other than those things, everything looks ok.

00190

2

| | |
|---|---|
| From: | Muise, Patrick D - Saint Simons Island, GA |
| Sent: | Thursday, November 19, 2020 5:11 PM |
| To: | Garcia, Orlene - Brunswick, GA; Ballard, Claudette M |
| Cc: | Knight, Tanya A - Tampa, FL |
| Subject: | RE: Updated Medical Michelle Williams |

I left her a voicemail to report tomorrow at 10:00am and the 2499 is still the same.

Patrick D Muise
Manager Customer Services
Saint Simons Island
912-268-6181
912-996-5306

-----Original Message-----
From: Garcia, Orlene - Brunswick, GA
Sent: Thursday, November 19, 2020 12:25 PM
To: Ballard, Claudette M <Claudette.M.Ballard@usps.gov>
Cc: Knight, Tanya A - Tampa, FL <Tanya.A.Knight@usps.gov>; Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>
Subject: RE: Updated Medical Michelle Williams

Patrick ,

I need you to call her and have her report to work with these restrictions.

-----Original Message-----
From: Ballard, Claudette M
Sent: Thursday, November 19, 2020 12:23 PM
To: Garcia, Orlene - Brunswick, GA <Orlene.Garcia@usps.gov>
Cc: Knight, Tanya A - Tampa, FL <Tanya.A.Knight@usps.gov>; Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>
Subject: RE: Updated Medical Michelle Williams

Yes, these are the same restrictions that was sent before. I thought Mr. Muise did a 2499 for her. She should be able to work the window if you will provide a stool for her.

1

00192

Thanks,
Claudette Ballard
HRM Manager
Gulf Atlantic District
P 904-359-2849
F 904-366-4842

---

Link to ECOMP https://www.ecomp.dol.gov Link to OWCP forms http://www.dol.gov/owcp/dfec/regs/compliance/forms.htm



-----Original Message-----
From: Garcia, Orlene - Brunswick, GA
Sent: Thursday, November 19, 2020 12:14 PM
To: Ballard, Claudette M <Claudette.M.Ballard@usps.gov>
Cc: Knight, Tanya A - Tampa, FL <Tanya.A.Knight@usps.gov>; Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>
Subject: FW: Updated Medical Michelle Williams

This employee can still work the window with a stool she just want to work what can we offer her ?

-----Original Message-----
From: Muise, Patrick D - Saint Simons Island, GA
Sent: Thursday, November 19, 2020 12:11 PM
To: Knight, Tanya A - Tampa, FL <Tanya.A.Knight@usps.gov>
Cc: Garcia, Orlene - Brunswick, GA <Orlene.Garcia@usps.gov>; Gill, Trey - Brunswick, GA <Trey.Gill@usps.gov>
Subject: Updated Medical Michelle Williams

All,

Michelle Williams just dropped off this documentation.

Patrick D Muise
Manager Customer Services
St Simon Island, GA
W 912-268-6181
C 912-996-5306

00193

2

-----Original Message-----
From: Muise, Patrick D - Saint Simons Island, GA [mailto:Patrick.D.Muise@usps.gov]
Sent: Thursday, November 19, 2020 12:04 PM
To: Muise, Patrick D - Saint Simons Island, GA <Patrick.D.Muise@usps.gov>
Subject:

If this document is to be sent to others, you will need to do so from within your Outlook.

00194

3

Affidavit D
14 of 15

Thanks,

*Claudette Ballard*

HRM Manager
Gulf Atlantic District
P 904-359-2849
F 904-366-4842

Link to ECOMP https://www.ecomp.dol.gov
Link to OWCP forms http://www.dol.gov/owcp/dfec/regs/compliance/forms.htm

00191

4



# Offer ~~~ Modified Assignment /3
## (Limited Duty)

### Section I - Employee Information

| Employee Name (Last, first, MI) | EIN | Date of Offer |
|---|---|---|
| Williams, Michelle M. | 04399211 | 11/17/2020 |

| Employee Position Title (Permanent) | OCC Code | Pay Location |
|---|---|---|
| SALES SVCS/DISTRIBUTION ASSOC | 23200003 | 000 |

| Office/Work Location (Name) | OWCP Claim # | Date of Injury |
|---|---|---|
| BRUNSWICK-SAINT SIMMON ISLAND | 062440036 | 2/02/2020 ~~02/20/2020~~ |

### Section II - Modified Assignment Offer

This letter is written confirmation of a modified assignment offer related to the above referenced on-the-job injury.

| Work Hours | Scheduled Days Off | Location | Effective/Available Date |
|---|---|---|---|
| 09:00-18:00 | Sun/Tues | | 11/17/2020 |

| Assignment Title | Level/Step | Salary |
|---|---|---|
| Modified Clerk | PS | $47,417.00 |

**The duties of this modified assignment are:**
*(It is not acceptable to use other duties as assigned)*

| Duty | Avg. Time Spent | LDC/OPN |
|---|---|---|
| [X] Selling stamps | 8hrs | |
| [X] Answering phone | 2hrs | |
| [X] Working box applications | 1hrs | |
| [ ] | | |

*(Provide attachment if additional space is necessary.)*

**The physical requirements of this modified assignment are:**

| Requirement | Avg. Time Spent |
|---|---|
| [X] Seditary | 8hrs |
| [ ] | |
| [ ] | |
| [ ] | |

*(Provide attachment if additional space is necessary.)*

### Section III - Agreement and Signatures

Supervisor/manager should discuss this Offer of Modified Assignment (Limited Duty) and the duties of the assignment with the employee. If the employee has concerns (e.g., task, work location, or medical limitations) not addressed with this Offer of Modified Assignment (Limited Duty), the supervisor/manager should discuss the concerns with the employee and, if possible, suggest alternatives. If the employee raises additional medical issues such as a disability or seeks a reasonable accommodation, the supervisor/manager, must engage in an interactive discussion with the employee (see Handbook EL-307, *Reasonable Accommodation, An Interactive Process"*, for specific guidance). These discussions must be documented on page 2, Section IV of this form.

| Name of Supervisor/Manager Completing this Form (Please print) | Office |
|---|---|
| Muise, Patrick D. | St Simons PO |

| Supervisor/Manager Signature | Date Signed | Telephone Number (Include area code) |
|---|---|---|
| [signature] | 12/1/20 ~~11/17/2020~~ | 912-638-3623 |

✓ I accept/ _____ I refuse the modified assignment offer: *(Explain)*_____

Please read the reverse of this form to obtain additional information relating to this modified assignment and to review our privacy statement.

| Employee Signature | Date Signed |
|---|---|
| [signature: Michelle Williams] | 12/1/20 ~~11/17/2020~~ |

PS Form **2499**, October 2007 *(Page 1 of 2)* PSN 7530-09-000-8984