AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHELLE WILLIAMS,

Plaintiff,

v.

LOUIS DEJOY, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 224-026

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered May 27, 2025, Defendants' motion to dismiss is granted, and Plaintiff's second amended complaint is dismissed with prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: May 27, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk